# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARK A. KULA,<br><br>            Plaintiff,<br><br>vs.<br><br>ROBERT WILKIE, Secretary, Department of Veterans Affairs; and DEPARTMENT OF VETERANS AFFAIRS,<br><br>            Defendants. | **8:20CV80**<br><br>**ORDER** |

IT IS ORDERED that the motion to withdraw filed by Lynnett M. Wagner on behalf of Kenneth Adebonojo, as counsel of record for Defendants, (Filing No. 25), is granted. Kenneth Adebonojo shall no longer receive electronic notice in this case.

Dated this 14th day of April, 2020.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge