IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARK A. KULA,<br><br>    Plaintiff,<br><br>vs.<br><br>ROBERT WILKIE, Secretary, Department of Veterans Affairs; and DEPARTMENT OF VETERANS AFFAIRS,<br><br>    Defendants. | **8:20CV80**<br><br>**ORDER TO SHOW CAUSE** |

The records of the court show that on March 2, 2020, (Filing No. 19), a letter was sent to Attorney Lawrence A. Berger from the Office of the Clerk directing him to register for admission to practice in this court and to register for the U.S. District Court of Nebraska's Case Management/Electronic Case Files System ("System.").

As of April 24, 2020, Attorney Lawrence A. Berger has not complied with the Clerk's letter.

Accordingly,

IT IS ORDERED,

On or before May 8, 2020, Attorney Lawrence A. Berger must register for admission and for the System or show cause by written affidavit why compliance is not possible as required under the rules of the court.

Dated this 24th day of April, 2020.

              BY THE COURT:

              *s/ Cheryl R. Zwart*
              United States Magistrate Judge