IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARK A. KULA,<br><br>   Plaintiff,<br><br>vs.<br><br>DENIS RICHARD MCDONOUGH, Secretary of the United States Department of Veteran Affairs; and DEPARTMENT OF VETERANS AFFAIRS,<br><br>   Defendants. | **8:20CV80**<br><br>**FINAL PROGRESSION ORDER (AMENDED)** |

IT IS ORDERED that Defendants' unopposed motion to extend (Filing No. 53) is granted and the final progression order is extended as follows:

1) The status conference currently set for August 18, 2021 at 11:00 a.m. is continued to September 14 at 11:00 a.m. by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

2) The deadline for filing motions to dismiss and motions for summary judgment is now September 10, 2021.

3) The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

4) All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge, including all requests for changes of trial dates. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

5) No further extensions will be granted absent a substantial showing of good cause.

Dated this 10th day of August, 2021.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge