IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

MARK A. KULA,

          Plaintiff,

   vs.

DENIS RICHARD MCDONOUGH,
Secretary, Department of Veterans Affairs;
and DEPARTMENT OF VETERANS
AFFAIRS,

          Defendants.

8:20CV80

ORDER

This matter came on for consideration upon the Joint Motion and Stipulation of Plaintiff and Defendants, (Filing No. 93), that the case be dismissed with prejudice, each party to bear their own costs, and complete record waived. The Court, being fully advised in the premises, finds that such an order should issue.

IT IS THEREFORE ORDERED that this case is dismissed with prejudice, each party to bear their own costs, and complete record waived.

DATED this 14th day of November, 2022.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge